IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER PAL SINGH,<br><br>                  Plaintiff,<br><br>    v.<br><br>KIKA SCOTT, et al.,<br><br>                  Defendants. | CASE NO. 1:25-CV-00217-KES-EPG<br><br>STIPULATION AND ORDER FOR TEMPORARY STAY<br><br>(ECF No. 8) |

      The Defendants respectfully request a temporary the stay in this matter, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2017. USCIS has scheduled Plaintiff's asylum interview for June 23, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's rescheduled interview. In the event USCIS cancels or reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks of the original date.

      The parties therefore stipulate that this matter be stayed through October 21, 2025. The parties further request that all other filing deadlines be similarly extended, and that the scheduling conference previously set for June 3, 2025, be vacated and reset.

1

Respectfully submitted,

Dated:  April 14, 2025                       MICHELE BECKWITH
                                              Acting United States Attorney

                                     By:  /s/ SHELLEY D. WEGER
                                             SHELLEY D. WEGER
                                             Assistant United States Attorney


Dated: April 14, 2025                   By:     /s/ JESSICA T. ARENA
                                                      Jessica T. Arena
                                                      Counsel for Plaintiff

**ORDER**

In light of the parties' stipulation (ECF No. 8), IT IS ORDERED as follows:

1. This case is stayed until October 21, 2025. By this date, the parties shall file any appropriate dispositional document, or, alternatively, a joint status report stating how the parties intend to proceed in this case.
2. All dates and deadlines, including the initial scheduling conference set for June 5, 2025, are vacated. (ECF No. 4).

IT IS SO ORDERED.

Dated:   **April 15, 2025**                    /s/ *Erica P. Grosjean*
                                               UNITED STATES MAGISTRATE JUDGE