UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER PAL SINGH<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KIKA SCOTT, et al.<br><br>　　　　　　Defendants. | Case No.  1:25-cv-00217-KES-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 10) |

　　　　On October 2, 2025, Plaintiff filed a notice stating, "[u]nder Federal Rules of Civil Procedure 41(A), this action is dismissed without prejudice by the Plaintiff in its entirety." (ECF No. 10, p. 1). The Court notes that no Defendant has yet served either an answer or motion for summary judgment.

　　　　Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

\\\

\\\

\\\

\\\

1

The Clerk of Court is respectfully directed to terminate any pending dates and deadlines and to close the case.

IT IS SO ORDERED.

Dated: __October 3, 2025__      /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

2